```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0081--CR (RRB)
                   "USA V GALE ALLEN ROTH"
                  DEF 1.1 ROTH, GALE ALLEN
```

Including terminated defendants, excluding terminated counsel

```
       Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
      Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
                Filed:  09/07/05
               Closed:  09/07/05
   No. of Defendants:  1
       MJ Case Number:
                  AKA:
      Location status:  U.S. Custody
           Trial date:
           Terminated:  NO
    Needs interpreter:  NO
     Counsel of record: Kevin F. McCoy
                        Federal Public Defender
                        550 W. 7th Avenue, Suite 1600
                        Anchorage, AK 99501
                        907-646-3400
                        FAX 907-646-3480
                        Serve: YES
                         Type: Not specified
                         Role: Other


    PLF 1.1 UNITED STATES OF AMERICA

    Counsel of record: James A. Goeke
                        U.S. Attorney's Office
                        222 W. 7th Avenue, #9
                        Anchorage, AK 99513-7567
                        907-271-5071
                        Serve: YES
                         Type: Not specified
                         Role: Other


    Counts re: DEF 1.1 ROTH, GALE ALLEN

    Document            Count      Citation and Description                    Disposition
    ─────────────       ─────      ────────────────────────                    ───────────
      1 -   1 IND         1        21:841(a)(1) & 18:2 MANUFACTURE OF          Terminated
                                   METHAMPHETAMINES (F)

      1 -   1 IND         2        21:841(a)(1) & 18:2 MANUFACTURE OF          Terminated
                                   METHAMPHETAMINES (F)
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CRIMINAL DOCKET ENTRIES FOR CASE A05-0081--CR (RRB)
                                     "USA V GALE ALLEN ROTH"

                                         For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 09/07/05
            Closed: 09/07/05
No. of Defendants: 1


 Document #   Filed     Docket text

 NOTE -   1   09/07/05  [Re: DEF 1] Issued WOA .

    1 -   1   09/07/05  [Re: DEF 1] Transfer of jurisdiction/probation w/cert cy of docket
                        sheet, indictment (OR)  & indictment (OR).

    2 -   1   09/07/05  [Re: DEF 1] JWS Order and petition for warrant for offender under
                        supervised release.  The WOA be delivered to USM, the petition,
                        probation officer's declaration & copy of the WOA shall be sealed in the
                        clk's file and disclosed only to the USA until arrest of the offender.
                        The petition for supervised release revocation is referred to MJ Roberts
                        for initial appearance/prelim hrg.  The evidentiary hrg, if any, will be
                        before the MJ only upon consent. cc: USA, USM, Def w/USMcy, USPO (3cert
                        cy), MJ Roberts

 NOTE -   2   09/15/05  [Re: DEF 1] USM Notice of Arrest; defendant arrested 9/12/05 in
                        Kotzebue, AK.

    3 -   1   09/19/05  [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] RE: Initial
                        Appearance on Petition to Revoke Supervised Release (held 09/16/05);
                        Kevin McCoy appointed; Defendant Denied Allegation 1 of the Petition to
                        Revoke Supervised Release; Consent to be filed by 09/20/05 or case to be
                        transferred to USDJ; Mr. Goeke to file status report 10/03/05.  CC: USA,
                        FPD, USM, USPO, Judge Beistline.

    4 -   1   09/19/05  [Re: DEF 1] JDR Order of Release(original and one copy to usm). CC: USA,
                        FPD, USM, USPO.

    5 -   1   09/19/05  [Re: DEF 1] Financial Affidavit.

    6 -   1   09/19/05  [Re: DEF 1] JDR Order Setting Conditions of Release. CC: USA, FPD, USM,
                        USPO.

    7 -   1   09/20/05  DEF 1 Consent to Proceed Before Magistrate Judge.

    8 -   1   09/22/05  [Re: DEF 1] JDR Minute Order re evident hrg on petit to revoke SR set
                        for 10/3/05 at 9:30 a.m. cc: USA, FPD, USM, USPO

    9 -   1   09/22/05  DEF 1 Attorney Appearance of K. McCoy (FPD).

   10 -   1   09/29/05  [Re: DEF 1] PLF 1 Joint Status Report.

   10 -   2   09/29/05  [Re: DEF 1] PLF 1 Unopposed motion on shortened time to strike
                        evidentiary hearing.

   11 -   1   09/29/05  DEF 1 Unopposed motion on shortened time to continue evident hearing
                        w/att aff.

   12 -   1   09/30/05  [Re: DEF 1] JDR Order granting unopposed motion on shortened time to
                        strike evidentiary hearing (10-2); terminating in light of this order:
                        unopposed motion on shortened time to continue evident hearing (11-1);
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A05-0081--CR (RRB)
                              "USA V GALE ALLEN ROTH"

                                For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| | | evident hrg set for 10/3/05 at VACATED; petition to revoke SR hld in abeyance for 30 days; govt's status rpt due 10/25/05. cc: USA, FPD, USM, USPO |
| 13 - 1 | 10/25/05 | PLF 1; DEF 1 Joint Status Report filed on shortened time. |
| 14 - 1 | 10/26/05 | [Re: DEF 1] JDR Minute Order re status report dated 10/25/05 is accepted; pet to revoke SR is hld in abeyance until 12/19/05; status conf set for 12/14/05 at 9:30 a.m. cc: USA, FPD, USM, USPO |

Case 3:05-cr-00081-RRB   Document 14   Filed 09/07/2005   Page 3 of 3