Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GALE ALLEN ROTH,<br><br>　　　　　Defendant. | NO. A05-0081 CR (RRB)<br><br>**STATUS REPORT** |

　　　　　The petition to revoke supervised release in the above-styled matter is the subject of a state court prosecution in *State v. Gale Allen Roth*, 2KB-05-655 CR.  The Clerk of the Kotzebue court advises that the final pretrial conference in Case No. 2KB-05-655 CR. has been continued to February 24, 2006.  Mr. Roth's request has been to resolve this matter after the underlying criminal case has been resolved.

Dated at Anchorage, Alaska this 30th day of January 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:       907-646-3400
Fax:         907-646-3480
E-Mail:      kevin_mccoy@fd.org

Certification:
I certify that on January 30, 2006,
a copy of the *Status Report* was
served electronically on:

James Goeke
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Mike Pentangelo
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562


s/Kevin F. McCoy