TIMOTHY M. BURGESS
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
E-mail: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  Case No.  3:05-cr-81-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF SUBSTITUTION** |
| vs. | ) | **OF COUNSEL** |
| | ) | |
| GALE ALLEN ROTH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

COMES NOW the United States Attorney's Office, by and through

Bryan Schroder, Assistant U.S. Attorney, and hereby enters a substitution of

counsel on behalf of the United States of America.

All further pleadings and correspondence, etc. shall be sent to the following address:

Bryan Schroder
Assistant U.S. Attorney
222 West 7th Avenue, Room 253, #9
Anchorage, AK  99513-7567
(907) 271-5071
Fax: (907) 271-1500
E-mail: bryan.schroder@usdoj.gov

RESPECTFULLY SUBMITTED on this 30th day of January, 2006, in Anchorage, Alaska.

                                              DEBORAH M. SMITH
                                              Acting United States Attorney

                                              s/Bryan Schroder
                                              Assistant U.S. Attorney
                                              222 West 7th Ave., #9, Rm. 253
                                              Anchorage, AK 99513-7567
                                              Phone: (907) 271-3699
                                              Fax: (907) 271-1500
                                              E-mail: bryan.schroder@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30,2006,
a copy of the foregoing Notice of Substitution
of Counsel was served electronically on Kevin McCoy

s/ Bryan Schroder