Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>GALE ALLEN ROTH,<br><br>                    Defendant. | Case No. 3:05-cr-0081-RRB<br><br>**STATUS REPORT** |

        The petition to revoke supervised release in the above-styled matter is the subject of

a state court prosecution in *State v. Gale Allen Roth*, 2KB-05-655 CR.  Mr. Roth's attorney in that

matter, Karen Weimer, advises that the state prosecution is now scheduled for trial on April 11,

2006, in Kotzebue, Alaska.  Mr. Roth's request has been to resolve the above-styled matter after the

underlying criminal matter has been resolved.

///

///

///

///

DATED at Anchorage, Alaska this 27th day of February, 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
Alaska Bar No. 7705042
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:        907-646-3400
Fax:          907-646-3480
E-Mail:       kevin_mccoy@fd.org

Certification:

I certify that on February 27, 2006, a copy of
the foregoing document was served electronically on:

Bryan Schroder, Esq.

s/Kevin F. McCoy