DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
fax: (907) 271-1500
email: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                          )<br>                    Plaintiff,              )<br>                                                          )<br>        vs.                                           )<br>                                                          )<br> GALE ALLEN ROTH,                          )<br>                                                          )<br>                    Defendant.           )<br>_____) | Case No. 3:05-cr-0081-RRB<br><br>**STATUS REPORT** |

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and files a Status Report regarding this matter.  On information and belief, the state charges underlying the pending petition to revoke supervised release are currently set for a trial call on April 11, 2006 in Kotzebue, Alaska, with the trial expected to take place the following week. The Government concurs in the Defendant's request that the Court hold the

pending petition to revoke supervised release in abeyance until the resolution of the state criminal matter, and suggests a status conference for the week of May 1, 2006.

  RESPECTFULLY SUBMITTED this 3rd day of March, 2006, at Anchorage, Alaska.

            DEBORAH M. SMITH
            Acting United States Attorney

            s/Bryan Schroder
            Assistant U. S. Attorney
            Federal Building & U.S. Courthouse
            222 West Seventh Avenue, Room 253, #9
            Anchorage, Alaska  99513-7567
            (907) 271-5071
            fax: (907) 271-1500
            email: bryan.schroder@usdoj.gov

I declare under penalty of perjury that
a true and correct copy of the foregoing
was served electronically to the following
counsel of record on March 3, 2006:

Kevin McCoy
Federal Public Defender
550 West 7th Avenue, Suite 1600
Anchorage, Alaska 99501

s/Bryan Schroder
Office of the United States Attorney