UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>　USA　</u>  v.  <u>　ROTH　</u>

DATE: <u>　May 12, 2006　</u>   CASE NO. <u>　3:05-CR-0081-RRB　</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS
SCHEDULING HEARING**

---

     A disposition hearing on the Amended Petition to Revoke Supervised Release will be held on **Tuesday, May 30, 2006, at 11:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.