**COUNTRY**

**Insurance & Financial Services**

4300 'B' St, Ste 306
Anchorage, AK 99503

*tel* (907) 770-7688
*fax* (907) 770-7689

www.countryfinancial.com

**Alaska Agency Office**

May 16th, 2006

The Honorable Ralph Beistline
222 West 7th. Ave.    #49
Anchorage Ak, 99513

Dear Judge Beistline;

My name is A. Michael Daniels Jr. I am a former police officer and Chief of Police from Moxee Washington. I left the police department to peruse a career in insurance and financial services. In 1999, COUNTRY Insurance & Financial Services moved me to Alaska to serve as their agency manager, being responsible for all insurance and securities related sales and supervision.

I have known Gale Roth for approximately 3 years. I am aware of his past history. During the time I have known Gale, I have never witnessed him participate in any illegal activity. Gail has been a kind generous contributing member of society. He has helped several friends with construction projects (including building a wheelchair accessible deck for a disabled neighbor), and surrounded himself with employed quality friends, and in general built a quality life for himself. He has maintained a residence and until recently, maintained gainful employment.

It would be my hope that you see your way clear to allow him to continue on the path he has been on, as I sincerely believe he will continue to grow in the right direction.

Please do not hesitate to contact me with any questions or concerns.

*[signature]*
A. Michael Daniels

Exhibit A - Page 1 of 1