James Sterling
16235 Elizabeth Street
Anchorage, Alaska 99516
May 17, 2006

Kevin F. McCoy
Assistant Federal defender
Federal defenders Office
601 W. Th Ave. Suite800
Anchorage, Alaska 99501

Dear Mr. McCoy:

    I have lived in Alaska for 14 years. I make my living as a general contractor and I am the owner of Lynx Construction Inc. I am writing this letter because I have known Gale Roth for 2 years. I have had the privilege of working with him on a number of occasions. Most recently Gale worked with me in Anchorage from June 2004 through Mach or April 2005 as a finish carpenter on a job I had remodeling the UICC Campus. Gale was a dependable worker and excellent finish carpenter. He takes direction well and I can always depend on him to complete any assignment I give to him. I would be happy to have him on any job that I have and have no difficulty recommending him to other employers.

    I know that several years ago he served a long prison sentence and I know he was recently convicted of an alcohol related traffic offense. I believe that he should be held responsible if he broke the law. I just wanted you to know that he is a very dependable worker and that he has worked very hard to build a good life for himself in Alaska. As with most things the person has to want to do the right thing and not be forced into it. I also believe that he has a drive to want to do the right thing as I have seen in other people in similar circumstances.

Sincerely,

*[signature]*

James Sterling

Exhibit B - Page 1 of 1