Date: 05/17/06

Re: Personal reference for Gale Roth

To whom it may concern,

I am a personal friend of Gale Roth and I have known him for almost five years now. First I would like to point out that Gales appearance does not do his character any justice. If you didn't know him personally you might judge him, unknowingly, as the person opposite of his true character. He truly is a kind, calm, honest, and trustworthy person. In this day and age it is hard to find friends you can count on. He is always quick to lend a hand, his tools, his experience to anyone who approaches him. With the help of Gale I was able to remodel my home and obtain loans vitally necessary to pay off my personal debts. Together we have worked on projects that have helped my neighbors and my company. Never once, did he ask for anything in return. I am not only very lucky to be one of his friends, I am grateful and honored. I am very selective of my friends and business associates. I am a single father and head of maintenance for Pegasus Aircraft Maintenance LLC. Both positions I take very seriously. Life has many ups and downs. As they say... a true friend walks in when everyone else walks out. Gale is a true friend. This, I feel, needed to be known. If I can be of any assistance or reference, please count on me. You can contact me at any time.

Robert Laupp
344-0936
240-0966

Exhibit C - Page 1 of 2

# Extreme Limousine

1119 East 70th ave. Anchorage, AK  99518
907-344-1965

Date May 15, 2006

Federal Court System

Subject: Letter of reference Gale Roth

Your honor,

I would like to take this opportunity to verify that Gale Roth has personally helped our business grow and become successful. He has spent countless hours volunteering his own time (hundreds of hours), materials, and lent us tools out of complete generosity. Without him, we could not have afforded to take on such tasks. Though he may have made some bad personal decisions on his own time, we ask that you use leniency towards his penalties. He has been a true asset and we would be unfortunate to loose him for any time. I cannot stress to you in writing how much we appreciate his assistance. I can tell you that in our business we provide charity to local organizations by means of donations and this would not have been possible without the help of Gale. He has personally helped us help others and I am honored to write this letter. Since we see much of Gale, we have witnessed him helping many other people also. We are not the only ones who would suffer a loss. Please consider this when you are punishing him, for you are punishing many others as well. If I can be of further assistance in this matter, please do call me at (907) 344-1965

Respectfully,

Glenn Roth
owner

Exhibit C - Page 2 of 2